FILED
2007 Jun-18  AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| WILLIAM MITCHELL, } | |
| } | |
|     Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 06-AR-1985-S |
| } | |
| SODEXHO, INC., } | |
| } | |
|     Defendant. } | |

**MEMORANDUM OPINION AND ORDER**

The above-entitled case was removed to this court from the state court by defendant, Sodexho, Inc., properly invoking the diversity jurisdiction of this court.  The case has proceeded in this court pursuant to a scheduling order by which plaintiff, William Mitchell, was allowed to amend to add parties on or before March 30, 2007.  After that deadline, plaintiff moved for leave to amend to add Leroy Cunningham, a non-diverse defendant, and therefore a defendant who, if added, would destroy diversity and require a remand.  The motion to amend, which is a virtual motion to remand, was heard at this court's regular motion docket on June 15, 2007.  For the reasons orally expressed during that hearing, plaintiff's motion for leave to amend is DENIED.

DONE this 18th day of June, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE